**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 06-7038**

───────────

JAMES KEVIN BLACK,

                                          Plaintiff - Appellant,

         versus

S.  DAWKINS;  F.  STAMPER;  NORTH  CAROLINA
DEPARTMENT OF CORRECTION, Division of Prisons,
Lanesboro  Correctional  Institution,  Medical
Department,

                                          Defendants - Appellees.

───────────

Appeal  from  the  United  States  District  Court  for  the  Western
District of North Carolina, at Charlotte.  Graham C. Mullen, Senior
District Judge.  (3:06-cv-00194-MU)

───────────

Submitted: August 24, 2006          Decided: September 1, 2006

───────────

Before KING, SHEDD, and DUNCAN, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

James Kevin Black, Appellant Pro Se.

───────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

James Kevin Black appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Black v. Dawkins, No. 3:06-cv-00194-MU (W.D.N.C. filed May 2, 2006 & entered May 3, 2006). We deny Black's motion for production of documents. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

- 2 -